

# NUMBER 13-08-278-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE: MAR-ROX, INC., ROXANNE PENA CANTU, LAW OFFICES OF MARK CANTU A/K/A LAW OFFICE OF MARK A. CANTU, AND MARK CANTU AS CUSTODIAN FOR AYSSA CELESTE CANTU AND KRYSTHA YANNI CANTU

---

### On Petition for Writ of Mandamus and Motion for Emergency Relief

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

On May 1, 2008, relators, Mar-Rox, Inc., Roxanne Peña Cantu, Law Offices of Mark Cantu, a/k/a Law Office of Mark A. Cantu, and Mark Cantu as custodian of Ayssa Celeste Cantu and Krystha Yanni Cantu, filed a petition for writ of mandamus with this Court in which they allege that on May 1, 2008 respondent, the Honorable Noe Gonzalez, Presiding Judge of the 370th Judicial District Court of Hidalgo County, Texas, abused his discretion

by denying Plaintiffs' Motion to Renew Challenge in Referring Case to Arbitration on Basis of Unconscionability.

Relators' petition for writ of mandamus asked this Court to order the respondent to vacate the May 1, 2008 order. In addition, relators filed an emergency motion to halt foreclosure, asking this Court to order a stay of the foreclosure proceedings scheduled for May 6, 2008.

Having examined and fully considered the petition for writ of mandamus and the emergency motion, this Court is of the opinion that the relators have not shown themselves entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a).

This Court denies relators' request for emergency relief and the petition for writ of mandamus. The petition for writ of mandamus is DENIED.


PER CURIAM

Memorandum Opinion delivered and
filed this the 2nd day of May, 2008.